GREGORY P. DRESSER (CA SBN 136532)
GDresser@mofo.com
WENDY M. GARBERS (CA SBN 213208)
WGarbers@mofo.com
MARK W. POE (CA SBN 223714)
MPoe@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANTHONY LEMON, LAURIELLE LEMON, | Case No. 2:11-cv-03677-ODW (FMOx) |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER TO SHOW CAUSE |
| v. | |
| BEAR STEARNS RESIDENTIAL MORTGAGE CORP; EMC MORTGAGE; JP MORGAN CHASE; and DOES 1 through 50, | Hon. Otis D. Wright |
| Defendants. | |

This action was removed to this court as of April 28, 2011, more than 120 days ago. Plaintiffs have thus far failed to file proof of service on either of the Defendants "Bear Stearns Residential Mortgage Corp" or "JP Morgan Chase." The Court has been advised by counsel for Defendant EMC Mortgage Corporation that to counsel's knowledge, neither of those defendants has been served.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), plaintiffs are ordered to, within 20 days from the date of this Order, show cause why the claims stated against Defendants "Bear Stearns Residential Mortgage Corp" and "JP Morgan Chase" should not be dismissed for failure to prosecute. Fed. R. Civ. P. 4(m); *Hason v. Medical Bd. of California*, 279 F.3d 1167, 1174 (9th Cir. 2002).

SO ORDERED this 3rd day of October, 2011.

HONORABLE OTIS D. WRIGHT
United States District Judge